IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVAN BIESECKER, by his Guardians and Next Friends, Wayne and Angela Biesecker, and Wayne and Angela, Individually,<br>Plaintiffs | : : : : : : | CIVIL ACTION |
| vs. | : : | NO. 17-2586 |
| CEREBRAL PALSY ASSOCIATION, CHESTER COUNTY DISABILITIES SERVICES, et al.,<br>Defendants | : : : : | |

## **O R D E R**

**AND NOW,** this 15th day of March, 2018, upon consideration of the motion to partially dismiss filed by Defendants Thomas Earle and Stevie Johnson (Document #13), the plaintiff's response thereto (Document #15), and the defendants' reply brief (Document #20), IT IS HEREBY ORDERED that the motion is GRANTED without prejudice.

IT IS FURTHER ORDERED that, within twenty-one (21) days of the date of this Order, the plaintiffs may file an amended complaint to include any missing allegations of fact or theories of liability as they pertain to Defendants Earle and Johnson only. Failure to comply will result in a dismissal of these defendants with prejudice.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.