# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVAN BIESECKER, by his Guardians and Next Friends, Wayne and Angela Biesecker, and Wayne and Angela, Individually,<br>    Plaintiffs | : : : : : : | CIVIL ACTION |
| vs. | : : | NO. 17-2586 |
| CEREBRAL PALSY ASSOCIATION, CHESTER COUNTY DISABILITIES SERVICES, et al.,<br>    Defendants | : : : : | |

## O R D E R

**AND NOW,** this  13th  day of July, 2018, upon consideration of the various motions to dismiss filed by the defendants, IT IS HEREBY ORDERED that:

1. The amended complaint is STRICKEN as untimely.

2. The motions to dismiss the amended complaint (Documents #34, 35, 36, 38) are DENIED as moot.

3. The motion to dismiss the amended complaint filed by Defendants Earle and Johnson (Document #40) is GRANTED in its entirety with prejudice.

4. The motions to dismiss filed by the Chester County Defendants (Document #21), the Caring Companions Defendants (Document #24), the Cerebral Palsy Association Defendants (Document #25), and the Commonwealth Defendants (Document #26) are GRANTED without prejudice based on insufficient service of process.

5.  The plaintiffs are granted leave to file a second amended complaint within fourteen days of the date of this Order, if warranted by the facts and applicable law as discussed in the accompanying Memorandum.  Failure to comply will result in the dismissal of this action with prejudice.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, C.J.